No. 11–0515/MC.  U.S. v. Benny Norwood, Jr.  CCA 201000495.  Appellant's motion for leave to file additional pleadings in support of the supplement to the petition for grant of review is denied.

Tuesday, July 19, 2011

No. 10–0265/AF.  U.S. v. Douglas E. Long.  CCA 37044.  Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDING IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

No. 11–0523/MC.  U.S. v. Alexander M. Watson.  CCA 201000263.  Review granted on the following issues:

  I.  WHETHER APPELLANT'S GUILTY PLEA TO FRAUDULENT EN-LISTMENT WAS PROVIDENT.

  II.  WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

Briefs will be filed under Rule 25 on Issue I only.

